UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eastern Massachusetts Abortion Fund, Gateway Women's Access Fund, Kentucky Health Justice Network, National Network of Abortion Funds, Northwest Abortion Access Fund, and Preterm Access Fund<br><br>Plaintiffs,<br><br>v.<br><br>Matthew James Davis, and John Does 1-15,<br><br>Defendants. | Case No. 1:18-cv-10596 |

**Defendant Davis' Motion to Dismiss, or, in the Alternative, Transfer Venue**

Defendant Matthew Davis respectfully moves the Court to dismiss Plaintiff's Amended Complaint, with prejudice, pursuant to Rule 12 of the Federal Rules of Civil Procedure. In the alternative, Davis requests that the Court transfer venue to the Southern District of Florida. In support of his Motion, Davis submits the accompanying memorandum of law.

**Request for Oral Argument**

Davis believes that oral argument may assist the court and wishes to be heard on the within Motion.

Respectfully Submitted,

Dated: December 17, 2018

Matthew James Davis,

/s/ William K. Wray Jr.
William K. Wray Jr. (BBO No. 689037)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401.274.7200
wwray@apslaw.com

## Certificate of Rule 7.1 Compliance

 Pursuant to Local Rule 7.1(a)(2), counsel for Mr. Davis conferred in good faith with Plaintiffs' counsel prior to filing this Motion and attempted to resolve or narrow the issues raised herein. Plaintiffs informed Mr. Davis that they did not consent to relief sought by this Motion.

/s/ William K. Wray, Jr.
William K. Wray, Jr.

## Certificate of Service

 I hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be served via First-Class U.S. Mail to those indicated as non-registered participants on December 17, 2018.

/s/ William K. Wray, Jr.
William K. Wray, Jr.
